**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Soua Xiong, | Civil No. 19-cv-1041 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Brett R. Navarro, | |
| Defendant. | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 2, 2019 [Doc. No. 17], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Substitute the United States as Defendant and Dismiss Brett R. Navarro [Doc. No. 7] is **GRANTED.**

2. The United States of America is substituted as the party defendant.

3. Plaintiff Soua Xiong's claims against Defendant Brett R. Navarro are **DISMISSED WITH PREJUDICE**.

Date: August 22, 2019

                                                                      s/Susan Richard Nelson
                                                                      SUSAN RICHARD NELSON
                                                                       United States District Judge